STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. HAZEL E. KING, PLAINTIFF IN ERROR.

Argued May 21, 1946—Decided February 3, 1947.

For the plaintiff in error, *Walter S. Keown* and *Raymond L. Siris*.

For the defendant in error, *Gene R. Mariano* and *Anthony C. Mitchell*.

PER CURIAM.

The judgment herein is affirmed by an equally divided court.

*For affirmance*—THE CHIEF JUSTICE, DONGES, WELLS, RAFFERTY, DILL, FREUND, JJ.   6.

*For reversal*—BODINE, HEHER, PERSKIE, WACHENFELD, McGEEHAN, McLEAN, JJ.   6.